UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

ERIC GUILLORY, et al.,

    Plaintiffs,

v.                                                                    No. 1:25-CV-040-H

FLAGSTAR BANK, NATIONAL ASSOCIATION,

    Defendant.

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that this case be dismissed with prejudice. Dkt. No. 7. No objections were filed, and the plaintiffs have taken no action in this case since the defendant removed the case to this Court on March 3, 2025. *See* Dkt. No. 1.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The plaintiffs' claims against the defendant are dismissed with prejudice.

So ordered on October 22, 2025.

                                                                   JAMES WESLEY HENDRIX
                                                                   UNITED STATES DISTRICT JUDGE